AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BAILEY, FRANK J. | BANKRUPTCY COURT-MASSACHUSETTS | 08/14/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

JOHN W. MCCORMACK
POST OFFICE AND COURTHOUSE
5 POSTOFFICE SQUARE
BOSTON, MA 02108

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD CHAIR | IMMIGRANT LEARNING CENTER |
| 2. | TREASURER | MARCUS FOUNDATION |
| 3. | BOARD MEMBER | INSTITUTE FOR IMMIGRATION RESEARCH |
| 4. | GOVERNOR(FIRST CIRCUIT) | NATIONAL CONF. OF BANKRUPTCY JUDGES |
| 5. | CHAIR | NATIONAL CONF. FED. TRIAL JUDGES, ABA |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 08/14/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN BAR ASSOCIATION | FEBRUARY 3-7, 2016 | SAN DIEGO, CA | MID-YEAR MEETING | TRAVEL,HOTEL & MEALS |
| 2. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | MARCH 13-15, 2016 | FORT WORTH, TX | MID YEAR MEETING | TRAVEL,HOTEL & MEALS |
| 3. | ABA | APRIL 7-9, 2016 | MONTREAL, CANADA | SPRING MEETING | TRAVEL, HOTEL & MEALS |
| 4. | AMERICAN BANKRUPTCY INSTITUTE | JULY 14-17, 2016 | BRETTON WOODS, NH | MEETING | TRAVEL,HOTEL & MEALS |
| 5. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | OCT 25-29, 2016 | SAN FRANCISCI, CA | ANNUAL MEETING | TRAVEL, HOTEL & MEALS |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **BAILEY, FRANK J.** | 08/14/2017 |

| 6. | AMERICAN BAR ASSOCIATION | NOVEMBER 18-19, 2016 | WASHINGTON, DC | ANNUAL MEETING | TRAVEL,HOTEL & MEALS |
|---|---|---|---|---|---|
| 7. | MID-SOUTH BANKRUPTCY | NOVEMBER 30-DEC 3, 2016 | NASHVILLE. TN | CONFERENCE | TRAVEL,HOTEL & MEALS |
| 8. | AMERICAN BAR ASSOCIATION | SEPT 8-11, 2016 | BOSTON, MA | MEETING | TRAVEL & MEALS |
| 9. | AMERICAN BAR ASSOCIATION | AUG 4-9, 2016 | SAN FRANCISCO, CA | ANNUAL MEETING | TRAVEL,HOTEL & MEALS |
| 10. | NATIONAL CONF. BANKRUPTCY JUDGES | APRIL 27-30, 2016 | LAS VEGAS, NV | MEETING | TRAVEL,HOTEL & MEALS |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 08/14/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA | B | Interest | N | T | | | | | |
| 2. SANTANDER BANK | B | Interest | M | T | | | | | |
| 3. CITIBANK | A | Interest | M | T | | | | | |
| 4. HOSPITALITY TRUST | D | Dividend | L | T | | | | | |
| 5. SENIOR HOUSING TRUST | D | Dividend | L | T | | | | | |
| 6. PUTNAM MM CLASS A | A | Dividend | L | T | | | | | |
| 7. FRANKLIN GROWTH | A | Dividend | K | T | | | | | |
| 8. MFS GLOBAL TOTAL RETURN CLASS A | A | Dividend | K | T | | | | | |
| 9. FRANKLIN MUTUAL SERIES MUTUAL SHARES CLASS A | A | Dividend | L | T | | | | | |
| 10. PUTNAM MM CLASS A | A | Dividend | K | T | | | | | |
| 11. FEDERATED INTERNATIONAL SMALL MID CO CLASS A | A | Dividend | K | T | | | | | |
| 12. MASS INVESTORS TR CLASS A | A | Dividend | K | T | | | | | |
| 13. MFS UTILITIES CLASS A | A | Dividend | K | T | | | | | |
| 14. PUTNAM GLOBAL HEALTH CARE CLASS A | B | Dividend | K | T | | | | | |
| 15. TEMPLETON WORLD CLASS A | B | Dividend | L | T | | | | | |
| 16. RMR REAL ESTATE FUND | A | Dividend | J | T | | | | | |
| 17. UBS PACE LARGE CO GROWTH EQUITY | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000 (See Columns B1 and D4)
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000 (See Columns C1 and D3)
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated (See Column C2)

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UBS PACE INTL EMERGING CLASS P | A | Dividend | J | T | | | | | |
| 19. UBS PACE LARGE CO VALUE CLASS P | A | Dividend | J | T | | | | | |
| 20. UBS PACE INTL EQUITY CLASS P | A | Dividend | J | T | | | | | |
| 21. UBS PACE SMALL MED CO GROWTH CLASS P | A | Dividend | J | T | | | | | |
| 22. UBS PACE SMALL MED CO VALUE CLASS P | A | Dividend | J | T | | | | | |
| 23. UBS PACE INTERNATIONAL FIXED INCOME CLASS P | A | Dividend | J | T | | | | | |
| 24. UBS PACE MUNI FIXED CLASS P | A | Dividend | J | T | | | | | |
| 25. UBS PACE GOVT SEC FIXED CLASS P | A | Dividend | J | T | | | | | |
| 26. UBS PACE STRAT FIXED CLASS P | A | Dividend | J | T | | | | | |
| 27. UBS PACE HIGH YIELD CLASS P | A | Dividend | J | T | | | | | |
| 28. UBS PACE ALTERNATIVE STRAT CLASS P | A | Dividend | K | T | | | | | |
| 29. FIDELITY FREEDOM 2025-SEP-IRA | B | Dividend | L | T | | | | | |
| 30. WELLS FARGO -SENIOR PROPERTIES TRUST & HOSPITALITY PROPERTIES TRUST | A | Dividend | L | T | | | | | |
| 31. PUTNAM MM CLASS A-IRA | A | Dividend | J | T | | | | | |
| 32. PUTNAM DYNAMIC ASSET ALLOC GROWTH-IRA | A | Dividend | L | T | | | | | |
| 33. PUTNAM EQUITY INCOME-IRA | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. FRANKLIN EQUITY INCOME-IRA | A | Dividend | K | T | | | | | |
| 35. FRANKLIN INCOME-IRA | B | Dividend | K | T | | | | | |
| 36. FEDERATED CAPITAL RESERVES | B | Dividend | J | T | | | | | |
| 37. FRANKLIN FLEX CAP GROWTH | A | Dividend | K | T | | | | | |
| 38. FRANKLIN DYNATECH | A | Dividend | J | T | | | | | |
| 39. FRANKLIN SMALL MID CAP GROWTH | C | Dividend | K | T | | | | | |
| 40. GROWTH FD OF AMERICA | A | Dividend | J | T | | | | | |
| 41. IVY BALANCED | A | Dividend | J | T | | | | | |
| 42. MFS GROWTH | A | Dividend | K | T | | | | | |
| 43. MASS INVESTORS GROWTH | A | Dividend | K | T | | | | | |
| 44. VICTORY MUNDER MULTI-CAP | A | Dividend | J | T | | | | | |
| 45. MUTUAL SERIES BEACON | A | Dividend | K | T | | | | | |
| 46. NEW PRESPECTIVE | A | Dividend | J | T | | | | | |
| 47. VIRTUS STAT GROWTH | A | Dividend | J | T | | | | | |
| 48. FRANKLIN FLEX CAP GROWTH | A | Dividend | K | T | | | | | |
| 49. FRANKLIN DYNATECH | A | Dividend | K | T | | | | | |
| 50. FRANKLIN SMALL MID CAP GROWTH | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. MFS GROWTH | A | Dividend | K | T | | | | | |
| 52. MASS INVESTORS GROWTH | A | Dividend | K | T | | | | | |
| 53. VICTORY MUNDER MULTI-CAP | A | Dividend | J | T | | | | | |
| 54. MUTUAL SERIES BEACON | A | Dividend | L | T | | | | | |
| 55. PUTNAM INTL GROWTH | A | Dividend | J | T | | | | | |
| 56. EUROPACIFIC-SEP | C | Dividend | M | T | | | | | |
| 57. CAPITAL WORLD GROWTH & INCOME-SEP | C | Dividend | M | T | | | | | |
| 58. WASHINGTON MUTUAL INVESTORS-SEP | C | Dividend | M | T | | | | | |
| 59. INTERMED. BOND FD-SEP | B | Dividend | M | T | | | | | |
| 60. ALLIANZ HIGH FIVE FIXED PERIOD ACCOUNT | A | Dividend | L | T | | | | | |
| 61. ALLIANZ HIGH FIVE AZL MVP FUSION MODERATE | A | Dividend | L | T | | | | | |
| 62. NORTHWESTERN MUTUAL LIFE-WHOLE LIFE POLICY | C | Dividend | M | T | | | | | |
| 63. NEW HAMPSHIRE CONDO, WATERVILLE VALLEY, NH | | None | K | W | | | | | |
| 64. FIDELITY ADVISOR EQUITY GROWTH-RETIREMENT | A | Dividend | M | T | | | | | |
| 65. ALLNZ NFJ DIV VALUE-RETIREMENT | B | Dividend | M | T | | | | | |
| 66. FIDELITY MID CAP II A-RETIREMENT | B | Dividend | L | T | | | | | |
| 67. JANUS OVERSEAS-RETIREMENT | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. ALLNZ NF J DIV VALUE-DEFERRED SAV | A | Dividend | K | T | | | | | |
| 69. FIDELITY ADVISOR EQUITY GROWTH-DEFERRED SAV | A | Dividend | L | T | | | | | |
| 70. FIDELITY ADVISOR MID CAP-DEFERRED SAV | A | Dividend | K | T | | | | | |
| 71. JANUS OVERSEAS-DEFERRED SAV | A | Dividend | K | T | | | | | |
| 72. FIDELITY MAGELLAN-IRA | A | Dividend | J | T | | | | | |
| 73. SUNAMERICA FOCUSED DIV STRAT | A | Dividend | J | T | | | | | |
| 74. PRIME MM FD RBC INVESTOR CLASS | A | Interest | J | T | | | | | |
| 75. BLACKROCK BR MOD 17 AGE BASED | A | Dividend | L | T | | | | | |
| 76. BLACKROCK BR MODE 17+ AGE BASED | A | Dividend | M | T | | | | | |
| 77. GUARDIAN LIFE INS CO-WHOLE LIFE POLICY | D | Dividend | M | T | | | | | |
| 78. ALLNZ NFJ SMALL CAP VALUE-DEFERRED | A | Dividend | K | T | | | | | |
| 79. ALLNZ NFJ SMALL CAP VALUE A-RETIREMENT | A | Dividend | L | T | | | | | |
| 80. FIDELITY EQUITY GROWTH A | A | Dividend | L | T | | | | | |
| 81. FIDELITY FREEDOM 2020-SEP IRA | A | Dividend | J | T | | | | | |
| 82. PERSHING GOVT MM | A | Dividend | J | T | | | | | |
| 83. FIDELITY CASH RESERVES | A | Dividend | K | T | | | | | |
| 84. INT COL/ACORN INTL A-RETIREMENT | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. INTL COL/ACORN INTL A-DEFERRED | A | Dividend | J | T | | | | | |
| 86. OPPENH DEVELOPING MARKETS-RETIREMENT | A | Dividend | K | T | | | | | |
| 87. OPPENH DEVELOPING MARKETS-DEFERRED | A | Dividend | J | T | | | | | |
| 88. CAPITAL ONE | A | Interest | L | T | | | | | |
| 89. INVESCO AMERICAN FRANCHISE FD | A | Dividend | J | T | | | | | |
| 90. OPPENH INTL GROWTH A-DEFERRED | A | Dividend | K | T | | | | | |
| 91. OPPENH INTL GROWTH A-RETIREMENT | A | Dividend | L | T | | | | | |
| 92. UBS PACE MORTGAGE-BACKED SEC FIXED | A | Dividend | J | T | | | | | |
| 93. PIMCO INCOME BOND RETIREMENT FUND | A | Dividend | M | T | | | | | |
| 94. PIMCO INCOME A DEFERRED | A | Dividend | K | T | | | | | |
| 95. INVESCO AMERICAN FRANCHISE FUND | A | Dividend | J | T | | | | | |
| 96. CAPE COD HOUSE-$465,000-05/18/2015 | | None | N | R | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | | | | | |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | | | | | |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | | | | | |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | | | | | |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | | | | | |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 08/14/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FOR THE FOLLOWING PART 1 POSITIONS, THERE IS NO REPORTABLE ASSET;

IMMIGRANT LEARNING CENTER
MARCUS FOUNDATION
INSTITUTE FOR IMMIGRATION RESEACH
NATIONAL CONF. OF BANKRUPTCY JUDGES
NATIONAL CONF. FED. TRIAL JUDGES, ABA

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **FRANK J. BAILEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544